Peter R. Dion-Kindem (SBN 95267)
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:     (818) 883-4900
Fax:               (818) 883-4902
Email:            peter@dion-kindemlaw.com

Lonnie C. Blanchard, III (SBN 93530)
The Blanchard Law Group, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:     (213) 599-8255
Fax:               (213) 402-3949
Email:            lonnieblanchard@gmail.com

Jeff Holmes (SBN 100891)
Holmes Law Group, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:     (310) 396-9045
Fax:               (970) 497-4922
Email:            jeffholmesjh@gmail.com

Attorneys for Plaintiff Thomas Lagos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Lagos, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>The Leland Stanford Junior University, a California corporation, and Does 1 through 10,<br><br>      Defendants. | **Case No. 15-CV-03496-HRL**<br>**CLASS ACTION**<br><br>**Notice of Voluntary Dismissal** |

   Plaintiff voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

**Notice of Voluntary Dismissal**

Dated: August 11, 2015                THE DION-KINDEM LAW FIRM

BY: _____
    PETER R. DION-KINDEM, P.C.
    PETER R. DION-KINDEM
    Attorney for Plaintiff Thomas Lagos